UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Stacy Ho,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>Pholicious Inc.,<br><br>　　　　　*Defendant.* | Civil Action No. 17-557<br><br><br>ORDER |

**THIS MATTER** having come before the Court on Plaintiff Stacy Ho's ("Plaintiff") Motion for Default Judgment against Defendant Pholicious Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 7;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS** on this 7th day of May, 2018,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff may submit, no later than **June 7, 2018**, a revised motion for default judgment in accordance with the Opinion.

　　　　　　　　　　　　　　　　　　　　　　*/s Madeline Cox Arleo*　　　　　
　　　　　　　　　　　　　　　　　　　　　　**MADELINE COX ARLEO**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**